# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.   NO. 4:07CR00345-001 SWW

TIFFANY L. SLAUGHTER

### ORDER

Pursuant to the government's motion for dismissal of the indictment against the above defendant pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure,

IT IS ORDERED that the government's motion be, and it hereby is granted, and the indictment pending against defendant Tiffany L. Slaughter in the above case hereby is dismissed without prejudice.

DATED this 24th day of July, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE